THE FIRST NATIONAL BANK OF COFFEYVILLE, as Executor of PERRY K. WILLETT, Deceased, Respondent, *v.* JOHN C. WRIGHT et al., Appellants.

*Assignment — fraud — action to set aside paper transferring to defendants the interest of plaintiff's testator in his nephew's estate.*

*Fir t Natl. Bank of Coffeyville* v. *Wright,* 207 App. Div. 521, affirmed.

(Argued January 23, 1925; decided February 25, 1925.)

APPEAL from a judgment, entered February 4, 1924, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. The action was brought to have vacated a certain paper writing in form transferring to the defendants all the interest of Perry Willett in the estate of Arthur Willett in consideration of one dollar and an agreement that the defendants would support, care for and bury Perry Willett, the original plaintiff. The Appellate Division found that, at the time of the execution of the assignment, Perry K. Willett was dependent upon and subject to the control of the defendants; that he did not deal on terms of equality with the defendants and their attorney; that he placed confidence in them and signed the paper writing induced thereto by deception and concealment; that the paper when executed was not understood by him; that its execution was not his free and voluntary act, the result of his deliberate judgment, and that he did not ratify or confirm the assignment after its execution. Said court directed that the assignment be set aside and that the plaintiff recover from defendants any money or property received by them by virtue of such assignment.

*John T. Norton* for appellants.

*Erskine C. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.